Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                             Criminal No.        18-215

VIKTOR NETYKSHO (1), BORIS ANTONOV(2),
DMITRIY BADIN (3), IVAN YERMAKOV (4),          Category      B
ALEKSEY LUKASHEV (5), SERGEY MORGACHEV (6),
NIKOLAY KOZACHEK (7),  PAVEL YERSHOV (8),
ARTEM MALYSHEV (9), ALEKSANDR OSADCHUK (10),
ALEKSEY POTEMKIN (11), ANATOLIY KOVALEV (12)

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on ____7/1/2021____ from _Judge Amy Berman Jackson_____

to _Calendar Committee_____ by direction of the Calendar Committee.

(Defendants are Fugitives)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:      Judge Amy Berman Jackson_____ & Courtroom Deputy

Calendar Committee_____ _____

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk